**CITY OF GLADSTONE, Respondent,**

v.

**Vincent SCOLA, Appellant.**

**No. WD 59531.**

Missouri Court of Appeals, Western District.

Feb. 19, 2002.

Leary G. Skinner, Liberty, for appellant.

Steven D. Wolcott, Liberty, for respondent.

Before PAUL M. SPINDEN, Chief Judge, EDWIN H. SMITH, Judge, and THOMAS H. NEWTON, Judge.

**ORDER**

Vincent Scola appeals the circuit court's judgment enjoining him from operating his business on property in Gladstone. We affirm. Rule 84.16(b).

**In re the ESTATE OF William L. NOLD.**

**No. WD 59626.**

Missouri Court of Appeals, Western District.

Feb. 19, 2002.

Robert G. Russell, Sedalia, for appellant.

Rodney V. Hipp, Peter M. Granat, Kansas City, John M. Spencer and John Lloyd Manring, St. Joseph, for respondents.

Before PAUL M. SPINDEN, Chief Judge, EDWIN H. SMITH, Judge, and THOMAS H. NEWTON, Judge.

**ORDER**

NEWTON, Judge.

John Nold appeals the circuit court's judgment in a discovery of assets proceeding that four certificates of deposits belonged to Nold's brother's estate and that Nold had no interest in the CDs. We affirm. Rule 84.16(b).